MARKET ROAD CORPORATION v. STATE OF NEW JERSEY & JOHN C. KOHL, COMMISSIONER OF TRANSPORTATION.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C. V.

April 4, 1977. Petition for certification denied. (See 146 *N. J. Super.* 573)

MARIO DI LELLO v. DON KIKKERT, INC.

April 4, 1977. Petition for certification denied.

INGER V. MAHALCHIK v. JOHN VALJEAN MAHALCHIK.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD CHISOLM.

April 4, 1977. Petition for certification denied.

DWIGHT C. HUTCHISON v. SUSAN HUTCHISON.

April 4, 1977. Petition for certification denied.